IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WIREGRASS MULTI FAMILY #1,
LLC
doing business as
Windward Forest Apts,

    Plaintiff,

      v.

CHAQUITA HUDSON,

    Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-4121-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the action to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 10 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Wiregrass Multi Family #1, LLC\r&r.wpd